# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  WINSOME BUCKLEY : CHAPTER 13
: 
**Debtor** : NO. 19-13688

## ORDER

A N D N O W , upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby **ORDERED** that the Debtor is granted an extension **until July 8, 2019** in which to file the Debtors' Schedules, Statement of Financial Affairs, Form 122C-1, and Chapter 13 Plan.

Date:  6/24/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**