United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-13688-elf
Winsome Buckley                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Virginia              Page 1 of 1              Date Rcvd: Jun 24, 2019
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
db             +Winsome Buckley,    1901 Ferry Street,    Easton, PA 18042-3966

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
      PAUL H. YOUNG    on behalf of Debtor Winsome  Buckley support@ymalaw.com,   ykaecf@gmail.com,
       paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
      REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                         TOTAL: 4

**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  WINSOME BUCKLEY            :        CHAPTER 13
                                                      :
   **Debtor**                                  :        NO. 19-13688

**ORDER**

A N D N O W , upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby **ORDERED** that the Debtor is granted an extension **until July 8, 2019** in which to file the Debtors' Schedules, Statement of Financial Affairs, Form 122C-1, and Chapter 13 Plan.

Date:  6/24/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**