# STATE OF NEW JERSEY
# Employee Self Service
### powered by njoit

[→ Return to myNewJersey]

## My Pay Stub
Statement of Earnings and Deductions.

| Employee Name | Address | Emp. ID |
|---|---|---|
| WINSOME A BUCKLEY | 1901 FERRY ST EASTON PA 18042 | 000375369 |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 14 | 07/05/2019 | 07/12/2019 | EF608934 | 2019 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 672 | 08 | 00 | 1168665 | S-04 | | A-00 | |

### Earnings

| Description | Time | Amount |
|---|---|---|
| Regular | 10.00 | 1,900.71 |
| Total | | 1,900.71 |

### Taxable Benefit*

| Description | Amount |
|---|---|
| | |

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable.

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 51,906.17 |
| Taxable Wages - Federal | 48,676.49 |
| Taxable Wages - PA | 50,815.63 |
| Base Wages (Subject to Pension Ded) | 28,539.26 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 101.02 | 6,078.25 | Contributory Insurance | 9.50 |
| FICA & YTD | 113.99 | 3,150.60 | AFSCME - Full Member Dues | 19.69 |
| PA Income Tax & YTD | 56.44 | 1,560.03 | | |
| Medicare & YTD | 26.66 | 736.90 | | |
| Pension Contribution & YTD | 142.55 | 2,139.14 | | |
| Unemployment Ins. & YTD | | 146.20 | | |
| | | | Total Deductions | 531.97 |
| | | | Net Pay | 1,368.74 |

### Important Messages

Edenred Commuter Benefit Services will be the new Commuter Tax$ave provider effective September 1, 2019. Current and new participants must enroll directly with Edenred. Elections will not be transitioned to the new provider.

Enrollment for September transportation benefits is available July 1, 2019 - July 25, 2019, at: https://commuterbenefits.com The company code is SNJ11. Questions? Call Edenred Commuter Benefit Services at 888-235-9223.

TransitCheck Commuter Cards can be used through August 31, 2019. Commuter Card balances will be transitioned to Edenred effective October 15, 2019, and available for the December 2019 benefit month. The last day to file parking claims will be September 30, 2019. Parking balances will be transitioned to Edenred effective December 27, 2019, and available for the February 2020 benefit month. Please call TransitChek Customer Service at 888-618-2435 if you have questions regarding these benefits.

[↓ Download Printable Version [pdf]]

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Temporary Disability Ins. & YTD | | 58.48 | | |
| Pre-Tax Dental & YTD | 5.29 | 126.89 | | |
| Pre-Tax Health/PD & YTD | 56.83 | 963.65 | | |
| Family Leave Insurance & YTD | | 27.52 | | |
| | | | Total Deductions | 531.97 |
| | | | **Net Pay** | 1,368.74 |

## Health and Dental Coverage

| Type | Description | Coverage |
|---|---|---|
| Health Benefits | NJ Direct15 | EMPLOYEE ONLY |
| Dental | CIGNA DENTAL HEALTH, INC. | EMPLOYEE ONLY |
| Prescription Drug | OptumRx | EMPLOYEE ONLY |

# STATE OF NEW JERSEY
# Employee Self Service
### powered by njoit

→ Return to myNewJersey

## My Pay Stub
Statement of Earnings and Deductions.

| Employee Name | Address | Emp. ID |
|---|---|---|
| WINSOME A BUCKLEY | 1901 FERRY ST EASTON PA 18042 | 000375369 |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 13 | 06/21/2019 | 06/28/2019 | EF545806 | 2019 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 672 | 08 | 00 | 1168665 | S-04 | | A-00 | |

### Earnings

| Description | Time | Amount |
|---|---|---|
| Regular | 10.00 | 1,915.33 |
| Shift Differential | 24.50 | 6.13 |
| Overtime | 40.50 | 1,470.56 |
| Total | | 3,392.02 |

### Taxable Benefit*

| Description | Amount |
|---|---|
| | |

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable.

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 50,005.46 |
| Taxable Wages - Federal | 46,980.45 |
| Taxable Wages - PA | 48,977.04 |
| Base Wages (Subject to Pension Ded) | 26,638.55 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 367.48 | 5,977.23 | Contributory Insurance | 9.58 |
| FICA & YTD | 206.45 | 3,036.61 | AFSCME - Full Member Dues | 19.69 |
| PA Income Tax & YTD | 102.23 | 1,503.59 | | |
| Medicare & YTD | 48.28 | 710.24 | | |
| Pension Contribution & YTD | 143.65 | 1,996.59 | | |
| Pension Loan Payment & BAL | 458.84 | | | |
| | | | Total Deductions | 1,418.32 |
| | | | Net Pay | 1,973.70 |

### Important Messages

Please note, starting with supplemental pay period N/2019 (check date 7/5/2019) supplemental payments will be direct deposited. Any active employee who has direct deposit on the preceding payroll will have their supplemental payment deposited to the same account. Employees on the cash pay card will have the funds deposited to the same card.

Is the address on your pay stub correct? If the address on your pay stub is not up-to-date or does not appear, you may experience delays in receiving important job-related information. Contact your department's Human Resources unit or Payroll Office to fill out a W-4 form to update your address.

↓ Download Printable Version [pdf]

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Unemployment Ins. & YTD | | 146.20 | | |
| Temporary Disability Ins. & YTD | | 58.48 | | |
| Pre-Tax Dental & YTD | 5.29 | 121.60 | | |
| Pre-Tax Health/PD & YTD | 56.83 | 906.82 | | |
| Family Leave Insurance & YTD | | 27.52 | | |
| | | | Total Deductions | 1,418.32 |
| | | | **Net Pay** | 1,973.70 |

## Health and Dental Coverage

| Type | Description | Coverage |
|---|---|---|
| Health Benefits | NJ Direct15 | EMPLOYEE ONLY |
| Dental | CIGNA DENTAL HEALTH, INC. | EMPLOYEE ONLY |
| Prescription Drug | OptumRx | EMPLOYEE ONLY |

# STATE OF NEW JERSEY
# Employee Self Service
powered by njoit

Return to myNewJersey

# My Pay Stub
Statement of Earnings and Deductions.

| Employee Name | Address | Emp. ID |
|---|---|---|
| WINSOME A BUCKLEY | 1901 FERRY ST EASTON PA 18042 | 000375369 |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 12 | 06/07/2019 | 06/14/2019 | EF463967 | 2019 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 672 | 08 | 00 | 1168665 | S-04 | | A-00 | |

## Earnings

| Description | Time | Amount |
|---|---|---|
| Regular | 10.00 | 1,915.33 |
| Shift Differential | 25.00 | 6.25 |
| Overtime | 41.00 | 1,488.71 |
| Total | | 3,410.29 |

## Taxable Benefit*

| Description | Amount |
|---|---|
| | |

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable.

## Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 46,613.44 |
| Taxable Wages - Federal | 43,794.20 |
| Taxable Wages - PA | 45,647.14 |
| Base Wages (Subject to Pension Ded) | 24,723.22 |

## Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 371.49 | 5,609.75 | Contributory Insurance | 9.58 |
| FICA & YTD | 207.59 | 2,830.16 | AFSCME - Full Member Dues | 19.69 |
| PA Income Tax & YTD | 102.79 | 1,401.36 | | |
| Medicare & YTD | 48.55 | 661.96 | | |
| Pension Contribution & YTD | 143.65 | 1,852.94 | | |
| Pension Loan Payment & BAL | 458.84 | 458.84 | | |
| | | | Total Deductions | 1,424.30 |
| | | | Net Pay | 1,985.99 |

### Important Messages

Summer is coming, so why not earn a little spending money? With NJWELL, you and your spouse/partner can earn up to $250 each for participating in health and wellness screenings and activities. Program requirements must be completed by October 31, 2019. Visit www.nj.gov/njwell for more information.

Is the address on your pay stub correct? If the address on your pay stub is not up-to-date or does not appear, you may experience delays in receiving important job-related information. Contact your department's Human Resources unit or Payroll Office to fill out a W-4 form to update your address.

Download Printable Version [pdf]

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Unemployment Ins. & YTD | | 146.20 | | |
| Temporary Disability Ins. & YTD | | 58.48 | | |
| Pre-Tax Dental & YTD | 5.29 | 116.31 | | |
| Pre-Tax Health/PD & YTD | 56.83 | 849.99 | | |
| Family Leave Insurance & YTD | | 27.52 | | |
| | | | Total Deductions | 1,424.30 |
| | | | **Net Pay** | 1,985.99 |

## Health and Dental Coverage

| Type | Description | Coverage |
|---|---|---|
| Health Benefits | NJ Direct15 | EMPLOYEE ONLY |
| Dental | CIGNA DENTAL HEALTH, INC. | EMPLOYEE ONLY |
| Prescription Drug | OptumRx | EMPLOYEE ONLY |

# STATE OF NEW JERSEY
# Employee Self Service
powered by njoit

[→ Return to myNewJersey]

## My Pay Stub
Statement of Earnings and Deductions.

| Employee Name | Address | Emp. ID |
|---|---|---|
| WINSOME A BUCKLEY | 1901 FERRY ST EASTON PA 18042 | 000375369 |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 11 | 05/24/2019 | 05/31/2019 | EF396817 | 2019 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 672 | 08 | 00 | 1168665 | S-04 | | A-00 | |

### Earnings

| Description | Time | Amount |
|---|---|---|
| Regular | 10.00 | 1,915.33 |
| Shift Differential | 26.80 | 6.70 |
| Overtime | 41.80 | 1,517.76 |
| Total | | 3,439.79 |

### Taxable Benefit*

| Description | Amount |
|---|---|
| | |

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable.

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 41,624.22 |
| Taxable Wages - Federal | 39,010.75 |
| Taxable Wages - PA | 40,720.04 |
| Base Wages (Subject to Pension Ded) | 22,807.89 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 377.98 | 4,890.88 | Contributory Insurance | 9.58 |
| FICA & YTD | 209.42 | 2,524.67 | AFSCME - Full Member Dues | 19.69 |
| PA Income Tax & YTD | 103.69 | 1,250.10 | | |
| Medicare & YTD | 48.98 | 590.51 | | |
| Pension Contribution & YTD | 143.65 | 1,709.29 | | |
| Pension Loan Payment & BAL | 458.84 | 917.68 | | |
| | | | Total Deductions | 1,433.95 |
| | | | **Net Pay** | **2,005.84** |

### Important Messages

The State of New Jersey offers all employees an environmentally friendly option to receive their W-2 and 1095-C forms online through the Employee Self Service program. Enrollment in the online W-2/1095-C program will discontinue the printing of the W-2/1095-C forms. Log on to Employee Self Service if you are interested in enrolling. If you are not registered in Employee Self Service, go to https://www20.state.nj.us/TYM_ESS/ about to sign up today.

Is the address on your pay stub correct? If the address on your pay stub is not up-to-date or does not appear, you may experience delays in receiving important job-related information. Contact your department's Human Resources unit or Payroll Office to fill out a W-4 form to update your address.

↓ Download Printable Version [pdf]

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Unemployment Ins. & YTD |  | 146.20 |  |  |
| Temporary Disability Ins. & YTD |  | 58.48 |  |  |
| Pre-Tax Dental & YTD | 5.29 | 111.02 |  |  |
| Pre-Tax Health/PD & YTD | 56.83 | 793.16 |  |  |
| Family Leave Insurance & YTD |  | 27.52 |  |  |
|  |  |  | Total Deductions | 1,433.95 |
|  |  |  | **Net Pay** | 2,005.84 |

## Health and Dental Coverage

| Type | Description | Coverage |
|---|---|---|
| Health Benefits | NJ Direct15 | EMPLOYEE ONLY |
| Dental | CIGNA DENTAL HEALTH, INC. | EMPLOYEE ONLY |
| Prescription Drug | OptumRx | EMPLOYEE ONLY |

# STATE OF NEW JERSEY
# Employee Self Service
### powered by njoit

Return to myNewJersey

## My Pay Stub
Statement of Earnings and Deductions.

| Employee Name | Address | Emp. ID |
|---|---|---|
| WINSOME A BUCKLEY | 1901 FERRY ST EASTON PA 18042 | 000375369 |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 10 | 05/10/2019 | 05/17/2019 | EF332966 | 2019 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 672 | 08 | 00 | 1168665 | S-04 |  | A-00 |  |

### Earnings

| Description | Time | Amount |
|---|---|---|
| Regular | 10.00 | 1,915.33 |
| Shift Differential | 12.00 | 3.00 |
| Overtime | 28.00 | 1,016.68 |
| Total |  | 2,935.01 |

### Taxable Benefit*

| Description | Amount |
|---|---|
|  |  |

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable.

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 36,691.50 |
| Taxable Wages - Federal | 34,283.80 |
| Taxable Wages - PA | 35,849.44 |
| Base Wages (Subject to Pension Ded) | 20,892.56 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 266.93 | 4,184.46 | Contributory Insurance | 9.58 |
| FICA & YTD | 178.12 | 2,222.68 | AFSCME - Full Member Dues | 19.69 |
| PA Income Tax & YTD | 88.20 | 1,100.58 |  |  |
| Medicare & YTD | 41.65 | 519.88 |  |  |
| Pension Contribution & YTD | 143.65 | 1,565.64 |  |  |
| Pension Loan Payment & BAL | 458.84 | 1,376.52 |  |  |
|  |  |  | Total Deductions | 1,273.08 |
|  |  |  | Net Pay | 1,661.93 |

### Important Messages

The State of New Jersey offers all employees an environmentally friendly option to receive their W-2 and 1095-C forms online through the Employee Self Service program. Enrollment in the online W-2/1095-C program will discontinue the printing of the W-2/1095-C forms. Log on to Employee Self Service if you are interested in enrolling. If you are not registered in Employee Self Service, go to https://www20.state.nj.us/TYM_ESS/ about to sign up today.

Is the address on your pay stub correct? If the address on your pay stub is not up-to-date or does not appear, you may experience delays in receiving important job-related information. Contact your department's Human Resources unit or Payroll Office to fill out a W-4 form to update your address.

Download Printable Version [pdf]

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Unemployment Ins. & YTD | 2.71 | 146.20 | | |
| Temporary Disability Ins. & YTD | 1.04 | 58.48 | | |
| Pre-Tax Dental & YTD | 5.29 | 105.73 | | |
| Pre-Tax Health/PD & YTD | 56.83 | 736.33 | | |
| Family Leave Insurance & YTD | 0.55 | 27.52 | | |
| | | | **Total Deductions** | 1,273.08 |
| | | | **Net Pay** | 1,661.93 |

## Health and Dental Coverage

| Type | Description | Coverage |
|---|---|---|
| Health Benefits | NJ Direct15 | EMPLOYEE ONLY |
| Dental | CIGNA DENTAL HEALTH, INC. | EMPLOYEE ONLY |
| Prescription Drug | OptumRx | EMPLOYEE ONLY |

# STATE OF NEW JERSEY
# Employee Self Service
### powered by njoit

→ Return to myNewJersey

## My Pay Stub
Statement of Earnings and Deductions.

| Employee Name | Address | Emp. ID |
|---|---|---|
| WINSOME A BUCKLEY | 1901 FERRY ST EASTON PA 18042 | 000375369 |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 09 | 04/26/2019 | 05/03/2019 | EF265719 | 2019 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 672 | 08 | 00 | 1168665 | S-04 | | A-00 | |

### Earnings

| Description | Time | Amount |
|---|---|---|
| Regular | 10.00 | 1,915.33 |
| Shift Differential | 24.30 | 6.08 |
| Overtime | 48.30 | 1,753.77 |
| Total | | 3,675.18 |

### Taxable Benefit*

| Description | Amount |
|---|---|
| | |

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable.

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 31,868.49 |
| Taxable Wages - Federal | 29,806.86 |
| Taxable Wages - PA | 31,088.55 |
| Base Wages (Subject to Pension Ded) | 17,089.23 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 424.37 | 3,533.03 | Contributory Insurance | 9.58 |
| FICA & YTD | 222.49 | 1,927.50 | AFSCME - Full Member Dues | 19.69 |
| PA Income Tax & YTD | 110.17 | 954.42 | | |
| Medicare & YTD | 52.04 | 450.86 | | |
| Pension Contribution & YTD | 143.65 | 1,281.69 | | |
| Pension Loan Payment & BAL | 458.84 | 1,835.36 | | |
| | | | Total Deductions | 1,552.29 |
| | | | Net Pay | 2,122.89 |

### Important Messages

The State of New Jersey offers all employees an environmentally friendly option to receive their W-2 and 1095-C forms online through the Employee Self Service program. Enrollment in the online W-2/1095-C program will discontinue the printing of the W-2/1095-C forms. Log on to Employee Self Service if you are interested in enrolling. If you are not registered in Employee Self Service, go to https://www20.state.nj.us/TYM_ESS/ about to sign up today.

Is the address on your pay stub correct? If the address on your pay stub is not up-to-date or does not appear, you may experience delays in receiving important job-related information. Contact your department's Human Resources unit or Payroll Office to fill out a W-4 form to update your address.

↓ Download Printable Version [pdf]

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Unemployment Ins. & YTD | 15.62 | 135.46 | | |
| Temporary Disability Ins. & YTD | 6.25 | 54.23 | | |
| Pre-Tax Dental & YTD | 11.16 | 100.44 | | |
| Pre-Tax Health/PD & YTD | 75.50 | 679.50 | | |
| Family Leave Insurance & YTD | 2.93 | 25.46 | | |
| | | | Total Deductions | 1,552.29 |
| | | | **Net Pay** | 2,122.89 |

## Health and Dental Coverage

| Type | Description | Coverage |
|---|---|---|
| Health Benefits | NJ Direct15 | EMPLOYEE AND CHILD |
| Dental | CIGNA DENTAL HEALTH, INC. | EMPLOYEE AND CHILD |
| Prescription Drug | OptumRx | EMPLOYEE AND CHILD |

# STATE OF NEW JERSEY
# Employee Self Service
*powered by njoit*

[→ Return to myNewJersey]

## My Pay Stub
Statement of Earnings and Deductions.

| Employee Name | Address | Emp. ID |
|---|---|---|
| WINSOME A BUCKLEY | 1901 FERRY ST EASTON PA 18042 | 000375369 |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 08 | 04/12/2019 | 04/18/2019 | EF197063 | 2019 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 672 | 08 | 00 | 1168665 | S-04 | | A-00 | |

### Earnings

| Description | Time | Amount |
|---|---|---|
| Regular | 10.00 | 1,915.33 |
| Shift Differential | 26.00 | 6.50 |
| Overtime | 34.00 | 1,234.54 |
| Total | | 3,156.37 |

### Taxable Benefit*

| Description | Amount |
|---|---|
| | |

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable.

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 28,001.78 |
| Taxable Wages - Federal | 26,170.46 |
| Taxable Wages - PA | 27,308.50 |
| Base Wages (Subject to Pension Ded) | 15,173.90 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 310.23 | 3,108.66 | Contributory Insurance | 9.58 |
| FICA & YTD | 190.32 | 1,693.14 | AFSCME - Full Member Dues | 19.69 |
| PA Income Tax & YTD | 94.24 | 838.37 | | |
| Medicare & YTD | 44.51 | 396.04 | | |
| Pension Contribution & YTD | 143.65 | 1,138.04 | | |
| Pension Loan Payment & BAL | 458.84 | 2,294.20 | | |
| | | | Total Deductions | 1,379.04 |
| | | | Net Pay | 1,777.33 |

### Important Messages

The State of New Jersey offers all employees an environmentally friendly option to receive their W-2 and 1095-C forms online through the Employee Self Service program. Enrollment in the online W-2/1095-C program will discontinue the printing of the W-2/1095-C forms. Log on to Employee Self Service if you are interested in enrolling. If you are not registered in Employee Self Service, go to https://www20.state.nj.us/TYM_ESS/ about to sign up today.

Is the address on your pay stub correct? If the address on your pay stub is not up-to-date or does not appear, you may experience delays in receiving important job-related information. Contact your department's Human Resources unit or Payroll Office to fill out a W-4 form to update your address.

[⬇ Download Printable Version [pdf]]

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Unemployment Ins. & YTD | 13.42 | 119.03 | | |
| Temporary Disability Ins. & YTD | 5.37 | 47.65 | | |
| Pre-Tax Dental & YTD | 11.16 | 89.28 | | |
| Pre-Tax Health/PD & YTD | 75.50 | 604.00 | | |
| Family Leave Insurance & YTD | 2.53 | 22.38 | | |
| | | | Total Deductions | 1,379.04 |
| | | | **Net Pay** | 1,777.33 |

## Health and Dental Coverage

| Type | Description | Coverage |
|---|---|---|
| Health Benefits | NJ Direct15 | EMPLOYEE AND CHILD |
| Dental | CIGNA DENTAL HEALTH, INC. | EMPLOYEE AND CHILD |
| Prescription Drug | OptumRx | EMPLOYEE AND CHILD |

# STATE OF NEW JERSEY
# Employee Self Service
*powered by njoit*

↪ Return to myNewJersey

## My Pay Stub
Statement of Earnings and Deductions.

| Employee Name | Address | Emp. ID |
|---|---|---|
| WINSOME A BUCKLEY | 1901 FERRY ST EASTON PA 18042 | 000375369 |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 07 | 03/29/2019 | 04/05/2019 | EF132318 | 2019 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 672 | 08 | 00 | 1168665 | S-04 | | A-00 | |

### Earnings

| Description | Time | Amount |
|---|---|---|
| Regular | 9.00 | 1,723.80 |
| Shift Differential | 18.00 | 4.50 |
| Overtime | 34.00 | 1,234.54 |
| Clothing Allowance | 1.00 | 550.00 |
| Total | | 3,512.84 |

### Taxable Benefit*

| Description | Amount |
|---|---|

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable.

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 24,845.41 |
| Taxable Wages - Federal | 23,244.40 |
| Taxable Wages - PA | 24,238.79 |
| Base Wages (Subject to Pension Ded) | 13,258.57 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 388.66 | 2,798.43 | Contributory Insurance | 9.58 |
| FICA & YTD | 212.42 | 1,502.82 | AFSCME - Full Member Dues | 19.69 |
| PA Income Tax & YTD | 105.18 | 744.13 | | |
| Medicare & YTD | 49.69 | 351.53 | | |
| Pension Contribution & YTD | 143.65 | 994.39 | | |
| Pension Loan Payment & BAL | 458.84 | 2,753.04 | | |
| | | | Total Deductions | 1,498.10 |
| | | | Net Pay | 2,014.74 |

### Important Messages

Want to file your New Jersey Income Tax return electronically? You can file your State return online or with a software package. It's easy, it's convenient, and you can choose direct deposit for your refund, which is not available with a paper return. For more information call 1-800-323-4400 or visit www.njfastfile.com.

The State of New Jersey offers all employees an environmentally friendly option to receive their W-2 and 1095-C forms online through the Employee Self Service program. Enrollment in the online W-2/1095-C program will discontinue the printing of the W-2/1095-C forms. Log on to Employee Self Service if you are interested in enrolling. If you are not in Employee Self Service, go to https://www20.state.nj.us/TYM_ESS/ about to sign up today.

⬇ Download Printable Version [pdf]

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Unemployment Ins. & YTD | 14.94 | 105.61 | | |
| Temporary Disability Ins. & YTD | 5.98 | 42.28 | | |
| Pre-Tax Dental & YTD | 11.16 | 78.12 | | |
| Pre-Tax Health/PD & YTD | 75.50 | 528.50 | | |
| Family Leave Insurance & YTD | 2.81 | 19.85 | | |
| | | | Total Deductions | 1,498.10 |
| | | | **Net Pay** | 2,014.74 |

## Health and Dental Coverage

| Type | Description | Coverage |
|---|---|---|
| Health Benefits | NJ Direct15 | EMPLOYEE AND CHILD |
| Dental | CIGNA DENTAL HEALTH, INC. | EMPLOYEE AND CHILD |
| Prescription Drug | OptumRx | EMPLOYEE AND CHILD |