UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     WINSOME BUCKLEY <br><br> Debtor | Chapter 13 <br> Bankruptcy No.19-13688-ELF |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 14th day of November, 2019, by first class mail upon those listed below:

WINSOME BUCKLEY
1901 FERRY STREET
EASTON, PA  18042

**Electronically via CM/ECF System Only:**

PAUL H YOUNG, ESQ
YOUNG MARR & ASSOCIATES
3554 HULMEVILLE ROAD STE 102
BENSALEM, PA  19020-4366

                                                          */s/ Deborah A. Earnshaw*
                                                          Deborah A. Earnshaw
                                                          for
                                                          Scott F. Waterman, Esquire
                                                          Standing Chapter 13 Trustee