# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   WINSOME BUCKLEY | : | CHAPTER 13 |
| | : | |
| Debtors | : | BANKRUPTCY NO. 19-13688 |

## ORDER

AND NOW, this 22nd day of November, 2019, upon consideration of Debtor's Motion to Incur Debt, it is hereby **ORDERED** that said Motion is **GRANTED** and the Debtor is **AUTHORIZED** to purchase the vehicle stated in the motion.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**