United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 19-13688-elf
Winsome Buckley                                                                           Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: JEGilmore          Page 1 of 1          Date Rcvd: Nov 22, 2019
                             Form ID: pdf900           Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2019.
db            +Winsome Buckley,   1901 Ferry Street,   Easton, PA 18042-3966
smg           +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg           +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 23 2019 03:25:21
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 23 2019 03:25:59     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 23 2019 03:34:30     Orion (Verizon),
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                         TOTAL: 3

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:
          PAUL H. YOUNG    on behalf of Debtor Winsome  Buckley support@ymalaw.com,  ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor   BANK OF AMERICA, N.A bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                         TOTAL: 5

**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   **WINSOME BUCKLEY**               :        **CHAPTER 13**
                                          :
         **Debtors**                       :        **BANKRUPTCY NO. 19-13688**


**ORDER**

AND NOW, this 22nd     day of  November, 2019, upon consideration of Debtor's

Motion to Incur Debt, it is hereby **ORDERED** that said Motion is **GRANTED**

and the Debtor is **AUTHORIZED** to purchase the vehicle stated in the motion.


_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**