# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Winsome Buckley <br>                       Debtor(s) <br><br> BANK OF AMERICA, N.A., its successors and/or assigns <br>                       Movant <br>       vs. <br> Winsome Buckley <br>                       Debtor(s) <br><br> Scott F. Waterman <br>                       Trustee | CHAPTER 13 <br><br><br><br> NO. 19-13688 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of BANK OF AMERICA, N.A., which was filed with the Court on or about **August 22, 2019, docket number 20**.

                                                Respectfully submitted,

                                            By: **/s/ Rebecca A. Solarz, Esquire**
                                                 Rebecca A. Solarz, Esquire
                                                 KML Law Group, P.C.
                                                 BNY Mellon Independence Center
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA  19106
                                                 215-627-1322
                                                 Attorney for Movant/Applicant

December 11, 2019