| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-13688-PMM

WINSOME BUCKLEY
1901 FERRY STREET
EASTON  PA   18042

Petition Filed Date: 06/06/2019
341 Hearing Date: 08/13/2019
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2019 | $205.00 | Automatic Payr | 08/26/2019 | $410.00 | 1002 Young, M | 09/05/2019 | $205.00 | Automatic Payr |
| 09/16/2019 | $205.00 | Automatic Payr | 10/07/2019 | $205.00 | | 10/16/2019 | $205.00 | |
| 12/12/2019 | $199.00 | | 01/07/2020 | $205.00 | | 01/15/2020 | $205.00 | |
| 05/21/2020 | $205.00 | | 06/05/2020 | $205.00 | | 06/15/2020 | $205.00 | |
| 07/06/2020 | $260.00 | | 07/15/2020 | $260.00 | | 08/04/2020 | $260.00 | |

**Total Receipts for the Period: $3,439.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,439.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,439.00 | Current Monthly Payment: | $513.00 |
| Paid to Claims: | $0.00 | Arrearages: | $554.00 |
| Paid to Trustee: | $330.63 | Total Plan Base: | $27,591.00 |
| Funds on Hand: | $3,108.37 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.