| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-13688-PMM**

| | |
|---|---|
| WINSOME BUCKLEY | Petition Filed Date: 06/06/2019 |
| 1901 FERRY STREET | 341 Hearing Date: 08/13/2019 |
| EASTON  PA   18042 | Confirmation Date: 08/13/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $205.00 | | 01/15/2020 | $205.00 | | 05/21/2020 | $205.00 | |
| 06/05/2020 | $205.00 | | 06/15/2020 | $205.00 | | 07/06/2020 | $260.00 | |
| 07/15/2020 | $260.00 | | 08/04/2020 | $260.00 | | 08/17/2020 | $260.00 | |
| 09/04/2020 | $260.00 | | 09/15/2020 | $260.00 | | 10/05/2020 | $260.00 | |
| 10/16/2020 | $260.00 | | 11/04/2020 | $260.00 | | 11/17/2020 | $260.00 | |
| 12/07/2020 | $260.00 | | 12/15/2020 | $260.00 | | 01/05/2021 | $260.00 | |
| 01/15/2021 | $260.00 | | 02/04/2021 | $260.00 | | 02/16/2021 | $260.00 | |
| 03/08/2021 | $260.00 | | 03/15/2021 | $260.00 | | 04/05/2021 | $260.00 | |
| 04/15/2021 | $260.00 | | 05/05/2021 | $260.00 | | 05/17/2021 | $260.00 | |
| 06/07/2021 | $260.00 | | | | | | | |

**Total Receipts for the Period: $7,005.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,639.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | BANK OF AMERICA  N.A.<br>»» 001 | Mortgage Arrears | $21,804.50 | $4,663.57 | $17,140.93 |

Chapter 13 Case No. 19-13688-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,639.00 | Current Monthly Payment: | $513.00 |
| Paid to Claims: | $7,663.57 | Arrearages: | $484.00 |
| Paid to Trustee: | $741.43 | Total Plan Base: | $27,591.00 |
| Funds on Hand: | $234.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.