United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-13688-pmm
Winsome Buckley  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Aug 11, 2022      Form ID: pdf900      Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Winsome Buckley, 1901 Ferry Street, Easton, PA 18042-3966 |
| 14342226 | + | Bank of America N.A., c/o Rebecca A. Solarz Esq, KML Law Group P.C., 701 Market Street ste 5000, Philadelphia Pa 19106-1541 |
| 14338457 | ++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444 address filed with court:, I C System, Po Box 64378, Saint Paul, MN 55164 |
| 14338460 | | Trident Asset Manageme, 10375 Old Alabama Rd Ste, Alpharetta, GA 30022 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 11 2022 23:52:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 11 2022 23:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 11 2022 23:56:12 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 11 2022 23:56:09 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14669188 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 11 2022 23:52:00 | Bank of America, N.A., 1600 S. Douglass RD, Anaheim, CA 92806-5948 |
| 14370660 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 11 2022 23:52:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 14338456 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 11 2022 23:52:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14523234 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 11 2022 23:56:17 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14338457 | | Email/Text: Bankruptcy@ICSystem.com | Aug 11 2022 23:52:00 | I C System, Po Box 64378, Saint Paul, MN 55164 |
| 14339601 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 11 2022 23:56:17 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14339194 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 11 2022 23:56:12 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14338458 | + | Email/Text: joey@rmscollect.com | Aug 11 2022 23:52:00 | Receivable Management, Pob 17305, Richmond, VA 23226-7305 |
| 14338459 | ^ | MEBN | Aug 11 2022 23:50:28 | Receivable Management, 240 Emery Street, |

Case 19-13688-pmm    Doc 76    Filed 08/13/22    Entered 08/14/22 00:26:44    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 11, 2022 | Form ID: pdf900 | Total Noticed: 16 |

Bethlehem, PA 18015-1980

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | Bank of America, N.A., 1600 S. Douglass Rd, Anaheim, CA 92806-5948 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 13, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| PAUL H. YOUNG | on behalf of Debtor Winsome Buckley support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA  N.A bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                                                    Chapter 13
    WINSOME BUCKLEY
                                                             Bankruptcy No. 19-13688-PMM

                              Debtor

## ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

    IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 11, 2022**                PATRICIA M. MAYER
                                                            U.S. BANKRUPTCY JUDGE