| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-13688-PMM

WINSOME BUCKLEY
1901 FERRY STREET
EASTON  PA    18042

Petition Filed Date: 06/06/2019
341 Hearing Date: 08/13/2019
Confirmation Date: 08/13/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $260.00 | | 04/15/2021 | $260.00 | | 05/05/2021 | $260.00 | |
| 05/17/2021 | $260.00 | | 06/07/2021 | $260.00 | | 10/27/2021 | $260.00 | |
| 10/27/2021 | $1,500.00 | 7993511065 | 11/04/2021 | $260.00 | | 11/16/2021 | $260.00 | |
| 11/30/2021 | $776.00 | 578750 | 12/06/2021 | $260.00 | | 12/15/2021 | $260.00 | |
| 01/04/2022 | $260.00 | | 01/18/2022 | $260.00 | | 02/04/2022 | $260.00 | |
| 02/15/2022 | $260.00 | | 03/07/2022 | $260.00 | | 03/15/2022 | $260.00 | |

**Total Receipts for the Period: $6,436.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,775.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | CARRINGTON MORTGAGE SERVICES, LLC »»  001 | Mortgage Arrears | $21,804.50 | $9,622.69 | $12,181.81 |
| 2 | CARRINGTON MORTGAGE SERVICES, LLC »»  01P | Mortgage Arrears | $14,891.64 | $0.00 | $14,891.64 |

**Chapter 13 Case No. 19-13688-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,775.00 | Current Monthly Payment: | $513.00 |
| Paid to Claims: | $12,622.69 | Arrearages: | $2,017.00 |
| Paid to Trustee: | $1,152.31 | Total Plan Base: | $27,591.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.